IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MICHEL COTE,                         :
                                     :
      Petitioner           :
                                     :
  v.                                 :    CIVIL NO. 4:CV-15-682
                                     :
UNITED STATES OF AMERICA,            :    (Judge Brann)
                                     :
      Respondent           :

## ORDER

April 9, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    The Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the Western District of Pennsylvania.

    2.    The Clerk of Court is directed to **CLOSE** the case.

                  BY THE COURT:

                  s/ Matthew W. Brann
                Matthew W. Brann
                United States District Judge